JANE L. NELSON, APPELLANT, V.
AUBREY J. NELSON, APPELLEE.

315 N.W.2d 245

Filed January 22, 1982. No. 43629.

Sarah J. Shofstall for appellant.

Jacobsen, Orr & Nelson for appellee.

Heard before KRIVOSHA, C.J., BOSLAUGH, MCCOWN, CLINTON, BRODKEY, and HASTINGS, JJ.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.

WHITE, J., participating on briefs.